IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PRINCESS AMINA SALVADOR,
      Plaintiff,

vs.                             Case No.: 3:18cv2160/LAC/EMT

LIEUTENANT LABODRY,
      Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report

and Recommendation dated November 7, 2018 (ECF No. 5).  Attempts have been

made to furnish Plaintiff a copy of the Report and Recommendation and afford her

the opportunity to file objections pursuant to Title 28, United States Code, Section

636(b)(1).  All mail has been returned as undeliverable .  No objections have been

filed.

Having considered the Report and Recommendation, I have determined that it

should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The chief magistrate judge's Report and Recommendation is adopted and

incorporated by reference in this order.

2.      This case is **DISMISSED** without prejudice under 28 U.S.C. § 1406(a).

3.      The clerk of court is directed to close the file.

**DONE AND ORDERED** this 10th day of December, 2018.



_s/L.A. Collier_

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**